# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SHERMAN TERRY**

                V.                **CASE NUMBER: 5:07-CV-869(NAM/GJD)**

**JOSEPH NALLI**

[ ]      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action in accordance with 28 U.S.C.§1915(e) for failure to state a claim upon which relief may be granted pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on October 2, 2007.

DATED:    October 2, 2007

                                                              Clerk of Court

LKB:lmp